## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SOUTHERN FURNITURE LEASING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YRC, INC., YRC WORLDWIDE INC., )<br>ROADWAY EXPRESS, INC. AND )<br>YELLOW TRANSPORTATION, INC., )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br><br>No. 19-cv-2129-KHV |

## JUDGMENT IN A CIVIL CASE

**(  )** **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )** **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. # 16) filed October 31, 2019 wherein <u>Defendants' Motion To Dismiss Amended Complaint</u> (Doc. #12) filed July 2, 2019 was SUSTAINED, this action is **DISMISSED**.


Dated: 10/31/2019                                    TIMOTHY M. O'BRIEN, CLERK

                                                                    <u>s/ Andrea Schreyer</u>
                                                                    Deputy Clerk